# Court of Appeals
# of the State of Georgia

ATLANTA,  November 23, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0120. DANTE FREDRICK v. THE STATE.**

In 2012, Dante Fredrick pled guilty to two counts of theft by deception. On October 29, 2015, he filed this application for discretionary appeal seeking to challenge his conviction.

To be valid, an application for discretionary appeal must be filed within 30 days after the entry of an appealable order, and this Court lacks jurisdiction to consider an untimely application. See OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Here, the only order Fredrick included with his application materials was his sentencing order, which was signed by the judge in December 2012. However, it was not a stamped "filed" copy, as required by Court of Appeals Rule 31 (e). A stamped "filed" copy is required in order for this Court to ascertain that the application was filed within 30 days after entry of the appealable order. On November 4, 2015, this Court ordered Fredrick to supplement his application within 10 days with a stamped "filed" copy of the order to be appealed. We noted that failure to comply with this directive would result in dismissal of the application. However, Fredrick failed to submit a stamped "filed" copy of the trial court's order within the additional time allowed.[1] Accordingly, this application for

---

[1] Fredrick submitted a second document titled an "Omnibus Motion for Statement of Jurisdiction," which was docketed as a motion. In this, Fredrick contends that he has requested a stamped "filed" copy from the trial court. Given the date the sentencing order was signed, it is highly unlikely this application was filed within the requisite 30 days. In view of our dismissal of this application, Fredrick's motion is hereby DISMISSED as moot.

discretionary appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*    11/23/2015
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*